Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Civil Docket

**04 CV 30109-KPN**

## HDCV2004-00485
### Fiore v Hartford Life and Annuity Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 05/13/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 06/07/2004 | **Session** | B - Civil B - CtRm 5 | | |
| **Origin** | 1 | **Case Type** | A99 - Misc contract | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 08/11/2004 | **Answer** | 10/10/2004 | **Rule12/19/20** | 10/10/2004 |
| **Rule 15** | 10/10/2004 | **Discovery** | 03/09/2005 | **Rule 56** | 04/08/2005 |
| **Final PTC** | 05/08/2005 | **Disposition** | 07/07/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
James W Fiore
Active 05/13/2004

**Private Counsel 541834**
Michael J Coyne
Bacon & Wilson PC
33 State Street
Springfield, MA 01103
Phone: 413-781-0560
Fax: 413-739-7740
Active 05/13/2004 Notify

**Defendant**
Hartford Life and Annuity Insurance Company
Served: 05/14/2004
Served (answr pending) 06/03/2004

**Private Counsel 557242**
David B Crevier
Crevier & Ryan
1500 Main Street -- Suite 2020
Springfield, MA 01115-5532
Phone: 413-787-2400
Fax: 413-781-8235
Active 06/07/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/13/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 05/13/2004 | | Origin 1, Type A99, Track F. |
| 06/03/2004 | 2.0 | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Hartford Life and Annuity Insurance Company. |
| 06/07/2004 | 3.0 | Notice for Removal to the United States District Court filed by Hartford Life and Annuity Insurance Company |
| 06/07/2004 | 4.0 | Copy of Deft's Petition for Removal to US District Court of Massachusetts. |

### EVENTS



A TRUE COPY OF THE DOCKET MINUTES: IN WITNESS WHEREOF, I hereunto set my hand, and have caused the seal of the Superior Court for the County of Hampden to be affixed on this 16th day of June 2004

Karen Spindler
Deputy Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.  SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO. 04-485

JAMES W. FIORE,

    Plaintiff

v.

THE HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,

    Defendant

**AFFIDAVIT OF SERVICE**

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**
JUN - 3 2004

_____
CLERK-MAGISTRATE

I, Michael J. Coyne, being duly sworn, depose and state as follows:

1. I am the Attorney of record for the Plaintiff, James W. Fiore, in the above-entitled matter.

2. That on May 14, 2004, I served the Defendant, The Hartford, with the Summons, Complaint, Civil Action Cover Sheet, by mailing copies of same, Certified Mail, Return Receipt Requested, Certificate No. 7160 3901 9841 2205 5715.

3. That the Summons and Complaint were served upon the Defendant on May 18, 2004 as evidenced by the original Return Receipt card which is attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3RD DAY OF JUNE, 2004

_____
MICHAEL J. COYNE

325693

A true copy.
Attest:

_____
Karen Spindler
Deputy Assistant Clerk

Case 3:04-cv-30109-MAP    Document 7    Filed 06/17/2004    Page 3 of 11

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
TORT — MOTOR VEHICLE TORT — CONTRACT — EQUITABLE RELIEF — OTHER

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN COUNTY SUPERIOR COURT
**FILED**
JUN - 3 2004
CLERK-MAGISTRATE

HAMPDEN, ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO. 04  485

James W. Fiore, PLAINTIFF(S)

V.

Hartford Life and Annuity Insurance Company, DEFENDANT(S)

SUMMONS

To the above named defendant: Hartford Life and Annuity Insurance Company

You are hereby summoned and required to serve upon Michael J. Coyne, 33 State St., Springfield, MA 01103, plaintiff's attorney, whose address is _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esq., at Springfield the __13th__ day of __May__ in the year of our Lord two thousand four.

Clerk / Magistrate

NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No.1

# PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 2004 , I served a copy of the within summons, together with a copy of the original complaint, in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5):

_____
_____
_____
_____
_____

Dated:_____, 2004

### N.B. TO PROCESS SERVER:

PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON THE COPY SERVED ON DEFENDANT.</u>

( _____ )
( _____, 2004 )
( _____ )

2. Article Number

[illegible]

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Officer, Director or Managing Agent
The Hartford Life and Annuity Insurance Company
200 Hopmeadow Street
Simsbury, CT 06089

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) ABE NELSON

B. Date of Delivery 5.18.04

C. Signature

X [signature]

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No

If YES, enter delivery address below:

MAY 18 2004
USPS

PS Form 3811, September 2002 Domestic Return Receipt

MTC/Fiore

BACON & WILSON PC
33 STATE ST
SPRINGFIELD MA 01103-2003

UNITED STATES POSTAL SERVICE
• Print your name, address and ZIP+4 below •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts<br>SUPERIOR COURT DEPARTMENT<br>County: **HAMPDEN** | Docket Number<br>**04  485** |
|---|---|---|
| PLAINTIFF(S)<br>**JAMES W. FIORE** | DEFENDANT(S)<br>**HARTFORD LIFE AND ANNUITY INSURNACE COMPANY** | |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>MICHAEL J. COYNE, ESQUIRE<br>BACON & WILSON, P.C.<br>33 State St.<br>Springfield, MA 01103<br>Ph: 413-781-0560<br>Fax: 413-739-7740<br>Board of Bar Overseers number: 541834 | ATTORNEY (if known) | HAMPDEN COUNTY<br>SUPERIOR COURT<br>**FILED**<br>MAY 13 2004<br>CLERK-MAGISTRATE |

**Origin code and track designation**

Place an x in one box only:
- [ ] 1. FO1 Original Complaint
- [ ] 2. FO2 Removal to Sup. Ct. c231, s. 104 (Before trial) (F)
- [ ] 3. FO3 Restransfer to Sup. Ct. C.231, s. 102C (X)
- [ ] 4. FO4 District Ct. Appeal c231, s. 97 &104 (After Trial) (X)
- [ ] 5. FO5 Reactivated after Rescript, Relief from Judgment/ Order (Mass. R Civ. P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A99 | Breach of Life Insurance policy | (F) | (✓) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; Indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses........................ $
2. Total Doctor expenses........................ $
3. Total chiropractic expenses.................. $
4. Total physical therapy expenses............ $
5. Total other expenses (describe)............ $

Subtotal $

B. Documented lost wages and compensation to date............ $
C. Documented property damages to date......................... $
D. Reasonably anticipated future medical and hospital expenses... $
E. Reasonably anticipated lost wages................................ $
F. Other documented items of damages (describe)
$
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$..............
TOTAL $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
The defendant has breached the terms of a life insurance policy in the amount of 50,000.⁰⁰

TOTAL $ 50,000.⁰⁰

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT
N/A

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages of the various methods."

Signature of Attorney of Record
Michael J. Coyne                                    Date: May 11, 2004

A true copy.
Attest:
Karen Spindler
Deputy Assistant Clerk

## CI . ACTION COVER SHEET INSTRUCTIO.
### SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

| | CONTRACT | | | | REAL PROPERTY | | | MISCELLANEOUS | |
|---|---|---|---|---|---|---|---|---|---|
| A01 | Services, labor and materials | (F) | C01 | | Land Taking (eminent domain) | (F) | | E02 Appeal from Administrative Agency G L c 30A | (X) |
| A02 | Goods sold and delivered | (F) | C02 | | Zoning Appeal, G.L.c.40A | (F) | | E03 Action against Commonwealth /Municipality, G L c.258 | (A) |
| A03 | Commercial Paper | (F) | C03 | | Dispute concerning title | (F) | | E05 All Arbitration | (X) |
| A08 | Sale or lease of real estate | (F) | C04 | | Foreclosure of Mortgage | (X) | | E07 G.L. c.112,s.12S (Mary Moe) | (X) |
| A12 | Construction Dispute | (A) | C05 | | Condominium lien &charges | (X) | | E08 Appointment of Receiver | (X) |
| A99 | Other (Specify) | (F) | C99 | | Other (Specify) | (X) | | E09 General Contractor bond, G L c149,s.29,29a | (A) |
| | TORT | | | | EQUITABLE REMEDIES | | | E11 Workers' Compensation | (X) |
| B03 | Motor Vehicle Negligence- Personal injury/Property Damage | (F) | D01 | | Specific performance of contract | (A) | | E12 G.L.c.123A,s.12 (SDP Commitment) | (X) |
| | | | D02 | | Reach and Apply | (F) | | E14 G.L. c. 123A, s. 9 (SDP Petition) | (X) |
| B04 | Other negligence- personal injury/property damage | (F) | D06 | | Contribution or Indemnification | (F) | | E15 Abuse Petition, G L c.209A | (X) |
| | | | D07 | | Imposition of Trust | (A) | | E16 Auto Surcharge Appeal | (X) |
| B05 | Products Liability | (A) | D08 | | Minority Stockholder's Suit | (A) | | E17 Civil Rights Act,G.L.c.12,s.11H | (A) |
| B06 | Malpractice-Medical | (A) | D10 | | Accounting | (A) | | E18 Foreign Discovery Proceeding | (X) |
| 607 | Malpractice-Other (Specify) | (A) | D12 | | Dissolution of Partnership | (F) | | E19 Sex *Offender Registry* G.L.c. 178M,s.6 | (X) |
| B08 | Wrongful death, G.L.c.229,s.2A | (A) | D13 | | Declaratory Judgment G.L.c. 231A | (A) | | E25 Pleura/ Registry (Asbestos cases) | |
| B15 | Defamation (Libel-Slander) | (A) | D99 | | Other (Specify) | (F) | | E95 Forfeiture G.L.c. 94C,s.47 | (F) |
| B19 | Asbestos | (A) | | | | | | E96 Prisoner Cases | (F) |
| B20 | Personal Injury-Slip & fall | (F) | | | | | | E97 Prisoner Habeas Corpus | (X) |
| B21 | Environmental | (F) | | | | | | E99 Other (Specify) | (X) |
| B22 | Employment Discrimination | (F) | | | | | | | |
| B99 | Other (Specify) | (F) | | | | | | | |

**TRANSFER YOUR SELECTION TO THE FACE SHEET.**

EXAMPLE

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence - Personal Injury | (F) | X Yes    No |

### SUPERIOR COURT RULE 29

**DUTY OF THE PLAINTIFF:** The plaintiff or his/her counsel shall set forth, on the face sheet (or attach additional sheets as necessary), a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, **where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).**

**DUTY OF THE DEFENDANT:** Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

**A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT.**

**FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY MAY RESULT IN DISMISSAL OF THIS ACTION.**

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO. 04  485

JAMES W. FIORE,

    Plaintiff

v.

HARTFORD LIFE AND ANNUITY
INSURANCE COMPANY,

    Defendant

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

MAY 1 3 2004

CLERK-MAGISTRATE

## PARTIES

1. The Plaintiff, James W. Fiore, is an individual residing at 24 McIntosh Drive, Wilbraham, Hampden County, Massachusetts.

2. The Defendant, Hartford Life and Annuity Insurance Company, is a Connecticut corporation with its usual place of business located at 200 Hopmeadow Street, Simsbury, Connecticut; and is subject to the jurisdiction of this Court pursuant to M.G.L. c. 223A, §3.

## FACTS COMMON TO ALL COUNTS

3. On or about September 28, 1981, the Defendant issued a $50,000.00 Flexible Premium Adjustable Life Insurance policy (Policy No. 004 U01334377) on the life of William Fiore. The initial owner of the policy was Augustine A. Fiore.

4. Subsequent to September 28, 1981, the ownership of the policy was changed to James W. Fiore, the son of William Fiore.

5. On or about June 28, 2003, the Plaintiff, James W. Fiore, received notification from the Defendant, Hartford Life and Accident Insurance Company, that Policy No. 004 U01334377 was terminated for failure to pay the required premium due of $1,541.12. Prior to said date, all premiums due under the contract of insurance were paid in a timely manner.

6. The Plaintiff, James W. Fiore, prior to June 28, 2003, did not receive any notification from the Defendant, Hartford Life and Accident Insurance Company,

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
ELEPHONE (413) 562-9607
FAX (413) 562-7589

351 PLEASANT STREET
IORTHAMPTON, MA 01060
ELEPHONE (413) 584-3250
FAX (413) 586-0548

34 ELLA GRASSO TURNPIKE
INDSOR LOCKS, CT 06096
LEPHONE (860) 623-6482
FAX (860) 654-1948

No. of Pits. _____
Fee Paid - $ 240.00  Cash - Check
Surcharge Paid - $ 15.00  Cash - Check
Security Fee - Paid - $ 20.00  Cash - Check
Received by _____ RH

that Policy No. 004 U01334377 was subject to termination for failure to pay the insurance premium nor did the Plaintiff receive any premium invoices.

7. The Plaintiff, James W. Fiore, at all times prior to June 28, 2003, paid all premiums due on the Policy No. 004 U01334377 in a timely manner which totaled approximately $41,000.00.

8. On or about August 28, 2003, the Plaintiff, James W. Fiore, notified the Defendant, Hartford Life and Accident Insurance Company, that he did not receive notification, either by regular U.S. mail, certified mail or registered mail of the premium payment that was due and owing on Policy No. 004 U01334377.

9. On or about November 10, 2003, the Defendant, Hartford Life and Annuity Insurance Company, notified the Plaintiff, James W. Fiore, that Policy No. 004 U01334377 was terminated for failure to pay the aforementioned premium due and owing on the policy, but stated the policy could by reinstated pursuant to the provisions of the policy, which, in pertinent part states: "...If this policy terminates as provided under Grace Period, it may be reinstated within five (5) years after the date of termination provided (a) evidence of insurability satisfactory to us is furnished; and (b) premium sufficient to maintain the policy in force for two months is paid." The insured, William M. Fiore, is unable to provide evidence of insurability.

## COUNT I
### (Breach of Contract)

10. The Plaintiff, James W. Fiore, restates and realleges the allegations contained in paragraphs 1 through 9 of this Complaint.

11. The Plaintiff, James W. Fiore, states that the Defendant, Hartford Life and Annuity Insurance Company, breached the contract with regard to the Flexible Premuim Adjustable Life Insurance Policy No. 004 U01334377 by failing to adequately provide notice of a premium payment due on said policy, by failing to provide notice of a possible termination of the policy for non-payment of premiums, and by failing to reinstate the policy after it received written notice of its breach of the policy terms and conditions.

**WHEREFORE,** the Plaintiff, James W. Fiore, demands judgment against the Defendant, Hartford Life and Annuity Insurance Company, plus interest and costs of suit.

## COUNT II
### (Breach of the Implied Covenants of Good Faith and Fair Dealing)

12. The Plaintiff reasserts and realleges the allegations contained in paragraphs 1 through 11 herein.

IACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7240

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

351 PLEASANT STREET
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-3250
FAX (413) 586-0548

34 ELLA GRASSO TURNPIKE
WINDSOR LOCKS, CT 06096
TELEPHONE (860) 623-6482
FAX (860) 654-1948

13. The contract of insurance in existence between the Defendant, Hartford Life and Annuity Insurance Company and the Plaintiff, James W. Fiore, contain implied covenants of good faith and fair dealing within which each party agrees not to undertake any act which would deprive either party of the benefits of the agreement.

14. The Defendant has breached the implied covenants of good faith and fair dealing by failing to notify the Plaintiff of a premium payment due under the terms of the life insurance policy; by failing to provide the Plaintiff with notice of a possible lapse in the policy due to non-payment of premiums and by failing and refusing to reinstate the terms of the policy of insurance upon being notified, in writing, that it had breached the written terms of the policy.

15. The Defendant has accepted premium payments in excess of forty-one thousand dollars ($41,000.00) since the inception of the policy on or about September 28, 1981 and terminated said policy without providing adequate notice of a possible termination to the Plaintiff.

16. Said actions constitute a breach of the implied covenants of good faith and fair dealing for which the Plaintiff is entitled to an award of monetary damages.

WHEREFORE, the Plaintiff, James W. Fiore, demands judgment against the Defendant, Hartford Life and Accident Insurance Company, plus interest and costs of suit; and the Plaintiff further requests that the Court treble said damages and award the Plaintiff its reasonable attorney's fees and costs, all in accordance with the provisions of M.G.L. Chapter 93A, §§2 and 11.

**THE PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Respectfully submitted,
The Plaintiff,
James W. Fiore,
By Attorney,

MICHAEL J. COYNE, ESQUIRE
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 541834
May 11, 2004

BACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

351 PLEASANT STREET
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-3250
FAX (413) 586-0548

34 ELLA GRASSO TURNPIKE
WINDSOR LOCKS, CT 06096
TELEPHONE (860) 623-6486
FAX (860) 654-1948

A true copy.
Attest:

3  Karen Spindler
Deputy Assistant Clerk