IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES FIORE<br><br>Plaintiff<br><br>v.<br><br>HARTFORD LIFE AND ANNUITY<br>INSURANCE COMPANY<br><br>Defendant | U.S.D.C. Civil Action No.<br>04-30109-MAP |

## STIPULATION TO STRIKE REFERENCES TO CHAPTER 93A

Plaintiff, James Fiore and Defendant Hartford Life and Annuity Insurance Company ("Hartford") hereby stipulate to strike all references in the Complaint to Massachusetts General Law Chapter 93A.

The Defendant Hartford Life and Annuity Insurance Company,
By its Counsel:

_____
David B. Crevier, BBO# 557242
Crevier & Ryan LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
(413) 787-2400

The Plaintiff, James Fiore
By his Counsel:

_____
Michael J. Coyne BBO# 541834
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103
413-781-0560

1