UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-30109-MAP

JAMES W. FIORE,
    Plaintiff

v.

HARTFORD LIFE & ANNUITY CO.,
    Defendant

**LOCAL RULE 16.1 CERTIFICATE**

The undersigned hereby certify that counsel has conferred with the Plaintiff, James Fiore, with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of this action, and that counsel have discussed and considered the resolution of the dispute underlying this action by the use of alternative dispute resolution programs.

The Plaintiff,
James Fiore,
By His Attorney,

MICHAEL J. COYNE, ESQUIRE
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 541834

August 11, 2004

JAMES W. FIORE

**CERTIFICATE OF SERVICE**

I, MICHAEL J. COYNE, hereby certify that on August 11, 2004, I caused a copy of the foregoing Local Rule 16.1 Certificate to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to: David B. Crevier, Esq., Crevier & Ryan, LLP, Tower Square, 1500 Main Street, Suite 2020, Springfield, MA 01115-5532

MICHAEL J. COYNE

1